IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN B. KLOCK,

      Plaintiff,

vs.                                                              Civ. No. 06-248 MV/RHS

**Michael J. Astrue,**
**Commissioner of Social Security,**

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS

THIS MATTER comes before the Court on Plaintiff's Motion to Reverse or Remand **[Doc. 11]** and the proposed findings and recommended disposition of the United States Magistrate Judge ("PFRD"), filed March 19, 2007 **[Doc. 17]**. Plaintiff has filed objections to the PFRD. (See **[Doc. 18]**). The Court, having reviewed *de novo* those portions of the PFRD objected to, will adopt the Magistrate Judge's proposed findings, affirm the Commissioner's decision and deny Plaintiff's Motion to Reverse or Remand.

      **WHEREFORE**,

      **IT IS ORDERED** that the proposed findings of the United States Magistrate Judge **[Doc. 17]** are adopted by the Court and the Commissioner's decision is affirmed.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand **[Doc. 11]** is **denied** and this civil proceeding is **dismissed** with prejudice.

                                                                       _____
                                                                     UNITED STATES DISTRICT JUDGE